

FILED
CLERK, U.S. DISTRICT COURT

APR -9 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PEDRO CROWDOG,<br><br>Defendant. | ) NO. 2:18-MJ-00844-DUTY<br>)<br>)<br>)<br>) ORDER OF DETENTION AFTER<br>) HEARING<br>)<br>)<br>) [Fed.R.Crim.P. 32.1(a)(6);<br>) 18 U.S.C. 3143(a)]<br>) |

The defendant having been arrested in the Central District of California pursuant to a warrant issued by the United States District Court for the District of Nevada for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

1

A.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).    This finding is based on the defendant's submission on the issue of detention; his failure to proffer any evidence to meet his burden on this issue; and his history of failures to appear;

    and

B.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).    This finding is based on the defendant's submission on the issue of detention; and his criminal history.

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

    IT IS FURTHER ORDERED that the U.S. Marshall shall transfer the defendant forthwith to the charging district of Nevada.

DATED: April 9, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

2